■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL P. NOVAK, Appellant. [693 NYS2d 471] —Judgment unanimously affirmed. Memorandum: The record establishes that defendant's waiver of the right to appeal was knowing, intelligent and voluntary (*see, People v Callahan,* 80 NY2d 273, 280). That waiver encompasses defendant's challenge to the severity of the sentence (*see, People v Lococo,* 92 NY2d 825, 827; *People v Hidalgo,* 91 NY2d 733, 737) and also encompasses the issues raised in defendant's *pro se* supplemental brief (*see, People v Callahan, supra,* at 280; *People v Saunders,* 190 AD2d 1092, 1093, *lv denied* 81 NY2d 1019). (Appeal from Judgment of Niagara County Court, Fricano, J.—Assault, 1st Degree.) Present—Lawton, J. P., Hayes, Wisner, Hurlbutt and Callahan, JJ.